# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144309

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

               SC: 144309
               COA: 305280
               Monroe CC: 10-038341-FH

JOHN RICHARD STEIN,
   Defendant-Appellant.
_____/

   On order of the Court, the application for leave to appeal the October 31, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

d0416

                   Clerk